**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RODNEY LEBLANC,** | § | **CIVIL ACTION NO.  2:23-CV-00583** |
| *Plaintiff* | § | |
| | § | **JUDGE SUSIE MORGAN** |
| **V.** | § | |
| | § | **MAGISTRATE JUDGE DONNA** |
| | § | **PHILLIPS CURRAULT** |
| | § | |
| **UNITED PROPERTY AND** | § | |
| **CASUALTY INSURANCE COMPANY,** | § | |
| *Defendant* | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Plaintiff's Ex Parte Motion to Remand these proceedings back to 24th Judicial District Court for the Parish of Jefferson, State of Louisiana;

**IT IS ORDERED** that the motion is **DENIED**. Plaintiff is directed to file a motion for leave to file an amended complaint naming Louisiana Insurance Guaranty Association as a defendant, at which time the Court will take the motion for leave under consideration and remand this matter to state court, if appropriate.

**New Orleans, Louisiana, this 21st day of February, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**